UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____ x
JOSE MEJIA, Individually, and On Behalf of : Case No.: 1:22-cv-02818-AT
All Others Similarly Situated,          :
                                        :
                       Plaintiff,       :
  vs.                                   : **NOTICE OF VOLUNTARY DISMISSAL**
                                        :
                                        :
DOTTED ZEBRA CONSULTING LLC,            :
                                        :
                       Defendant.       :
                                        :
_____ x

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Jose Mejia hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against defendant Dotted Zebra Consulting LLC

DATED: July 13, 2022           **MIZRAHI KROUB LLP**

                                       /s/ Edward Y. Kroub
                               _____
                                       EDWARD Y. KROUB

                               EDWARD Y. KROUB
                               JARRETT S. CHARO
                               WILLIAM J. DOWNES
                               200 Vesey Street, 24th Floor
                               New York, NY 10281
                               Telephone: 212/595-6200
                               212/595-9700 (fax)
                               ekroub@mizrahikroub.com
                               jcharo@mizrahikroub.com
                               wdownes@mizrahikroub.com

                               *Attorneys for Plaintiff*